UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| **Otis Hackett, as Independent Administrator of the Estate of Robert Cobbins**  *Plaintiff*  v.  **Officer Matthew Fraley, Officer Brandon Eisenberg, Andrea Tack, Christine Brannon-Dortch, Patrick Horn and the State of Illinois**  *Defendant* | Civil Action No. 3:25-cv-50223 |

## AFFIDAVIT OF SERVICE

I, George Bright, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Christine Brannon-Dortch in Knox County, IL on June 30, 2025 at 4:58 pm at 1431 Clark St, Galesburg, IL 61401 by leaving the documents at the usual place of abode of Christine Brannon-Dortch with Monty Dortch while explaining the contents therein who is the Husband including co-habitant of Christine Brannon-Dortch, resides with Christine Brannon-Dortch and is 13 years old or older.

Complaint
Summons In A Civil Action

Additional Description:
Monty Dortch

Black or African American Male, est. age 45-54, glasses: N, Black hair, 260 lbs to 280 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.965051,-90.3771318
Photograph: See Exhibit 1

Total Cost: $190.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Peoria County__, __IL__ on __7/1/2025__.

/s/ *George Bright*

Signature
George Bright
+1 (224) 229-1031
Proof Illinois LLC
No. 117.001863



Exhibit 1a)



Exhibit 1b)