# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Otis Hackett
                     Plaintiff,

v.                                    Case No.: 3:25−cv−50223
                                              Honorable Rebecca R. Pallmeyer

State of Illinois, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' unopposed motion for an extension of time to answer [22] is granted. Deadline for all defendants to file responsive pleadings is extended to 8/15/2025. Date for submission of a Report of Planning Meeting is stricken and re−set to 9/5/2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.