# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Hackett v. State of Illinois et al

Case Number: 25-cv-50223

An appearance is hereby filed by the undersigned as attorney for:

State of Illinois, Matthew Fraley, Brandon Eisenberg

Attorney name (type or print): Ravi Mehta

Firm: The Office of the Illinois Attorney General

Street address: 115 S. LaSalle St., 28th Fl

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6331441
(See item 3 in instructions)

Telephone Number: 7735507343

Email Address: ravi.mehta@ilag.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/10/2025

Attorney signature: S/ Ravi Mehta
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023