**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | | |
|---|---|---|
| OTIS HACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-50223 |
| | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| v. | ) | |
| | ) | |
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD PARTY SUBPOENA RESPONDENT'S *UNOPPOSED* MOTION
FOR AN EXTENSION OF TIME TO RESPOND**

Third-party subpoena respondent, the Illinois Department of Corrections ("IDOC"), by and through its counsel, Kwame Raoul, Attorney General of Illinois, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully requests an extension of time to file its response to Plaintiff's subpoena, and states the following:

1. On March 18, 2026, Plaintiff filed a Motion to Compel the Illinois Department of Corrections to Respond to Plaintiff's Subpoena for the Production of Records. (ECF No. 55.)

2. On March 20, 2026, this Court granted Plaintiff's motion to compel by agreement, directing the IDOC to produce the requested records by April 3, 2026. (ECF No. 56.)

3. From March 20, 2026 to April 3, 2026, employees for respondent IDOC performed searched for responsive documents, recordings, and objects.

4. On April 3, 2026, counsel for third-party respondent IDOC served a partial production of responsive documents, specifically IDOC Administrative Directives and call-pass sheets from August 3, 2023. Additional policies and protocol and security documents from August 3, 2023 are outstanding and these two areas of documents are still being located.

1

5.      Respondent IDOC requests an extension until Tuesday, April 7, 2026 to respond to Plaintiff's subpoena to collect and review the outstanding documents.

6.      On April 3, 2026, the undersigned counsel contacted Plaintiff's counsel, who indicated that she did not oppose this motion or the proposed extension of April 7, 2026.

WHEREFORE, Third-Party Respondent, the Illinois Department of Corrections, respectfully requests an extension of time, until April 7, 2026 to respond to Plaintiff's subpoena, and for such further relief as the Court finds just and proper.

Dated: April 3, 2026

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois          *By:*     *s/Thomas Pietryla*_____
                                                THOMAS PIETRYLA
                                                Assistant Attorney General
                                                General Law Bureau
                                                115 S. LaSalle St.
                                                Chicago, Illinois 60603
                                                (217) 720-9690
                                                thomas.pietryla@ilag.gov

2