**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Otis Hackett

           Plaintiff,

v.

                                     Case No.: 3:25–cv–50223
                                     Honorable Rebecca R. Pallmeyer

State of Illinois, et al.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone conference convened. To ensure completion of discovery as scheduled, the court directs that by June 1, 2026, defense counsel provide proposed deposition dates for four remaining Rule 30(b)(6) witnesses and the one remaining IDOC witness. Outstanding document production will be made no later than June 19, 2026. A further telephone status conference is set for July 9, 2026 at 9:30 a.m. The parties are to appear at the telephonehearing by accessing the following link: https://us–courts.webex.com/meet/pallmeyer_courtro om. Please do not turn on the video. To join by telephone, please dial 1–650–479–3207(1–855–244–8681 toll free) and enter access code 2313 755 6066##. Personsgranted remote access to proceedings are reminded of the general prohibitionagainst photographing, recording, and rebroadcasting of court proceedings.Violation of these prohibitions may result in sanctions, including removal ofcourt issued media credentials, restricted entry to future hearings, denial ofentry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.