**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Otis Hackett
Plaintiff,
v.
State of Illinois, et al.
Defendant.

Case No.: 3:25−cv−50223
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to take deposition [71] is granted. Motion for extension of the time to file a motion for summary judgment [70] is granted to November 16, 2026; Plaintiff's Response to be filed on or by December 16, 2026; Defendants' Reply to be filed on or by December 30, 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.