**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Otis Hackett

Plaintiff,

v.

State of Illinois, et al.

Defendant.

Case No.: 3:25−cv−50223
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion and by agreement of the parties, a video motion hearing is set on 11/20/2026 at 11:00 a.m. for Plaintiff's motion to compel [73]. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/pallmeyer_courtro om. Members of the public and media will be able to call in to listen to this hearing. The call number is 650−479−3207 and access code is 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.